# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 10, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155262(47)

KEYS OF LIFE,
          Plaintiff-Appellant,
and

KEITHER MOWRER, JR., as Next Friend of
KEITHER MOWRER, SR.,
          Intervening Plaintiff-Appellant,

v

AUTO-OWNERS INSURANCE COMPANY,
          Defendant-Appellee.
_____/

SC: 155262
COA: 328227
Wayne CC: 13-015439-NF

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before March 20, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 10, 2017



Clerk